PROB 12C
(7/93)

Report Date: March 12, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 12 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dennis Bryant        Case Number: 2:10CR00111-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Philip M. Pro, U.S. District Judge, District of Nevada
Current Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 09/04/2007

| | | |
|---|---|---|
| Original Offense: | Wire Fraud, 18 U.S.C. § 1343 | |
| Original Sentence: | Prison - 27 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 12/15/2009 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 12/14/2012 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 9, 2012, Mr. Bryant was arrested in Spokane, Washington, for the charge of First Degree Trafficking In Stolen Property, in violation of RCW 9A.82.050, a Class B felony, punishable by up to 10 years imprisonment. |
| 2 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: Mr. Bryant was arrested as a passenger in a vehicle being operated by Jyrmaine Nicole Smith. According to the police incident report, on March 9, 2012, both Mr. Smith and Mr. Bryant were arrested. The report indicated that the men cooperated as a team in stealing and returning merchandise to J.C. Penney's Store located at the Northtown Mall in Spokane, Washington. Jyrmaine Nicole Smith is a convicted felon. Mr. Bryant had not been authorized by the undersigned officer to associate with Mr. Smith. |

Prob12C
Re: Bryant, Dennis
March 12, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/12/2012

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

3/12/12
Date